IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 13 |
| LEON CHAMBERS<br>CAROLYN L. CHAMBERS | NO. 10-09918<br>JUDGE: Hollis |
| DEBTOR | |

## NOTICE OF STATEMENT OF OUTSTANDING MORTGAGE OBLIGATION

As you know, our firm represents Bank of America, N.A. successor by merger to BAC Home Loans Servicing, LP FKA Countrywide Home Loans Servicing LP in your Chapter 13 case number 10-09918. In that capacity, we have been retained to collect a debt provided for by your Chapter 13 Plan. As of 08/09/2011, the post-petition sums due and collectable are as follows:

| | | |
|---|---|---:|
| 08/2010 – 08/2011 monthly payments at $1,304.41 each | = $ | 16,957.33 |
| Escrow Shortage of $1,549.04 | = $ | 1,549.04 |
| Less suspense balance of ($1,033.38) | = $ | (1,033.38) |
| TOTAL | = $ | 17,472.99 |

Respectfully submitted,

 /s/ Christopher R. Murphy
Attorney for Bank of America, N.A. successor by merger to BAC Home Loans Servicing, LP FKA Countrywide Home Loans Servicing LP

Richard B. Aronow ARDC# 03123969
Michael J. Kalkowski ARDC# 06185654
Josephine J. Miceli ARDC# 06243494
Christopher R. Murphy ARDC# 06302607
Todd J. Ruchman ARDC# 06271827
Fisher and Shapiro, LLC
2121 Waukegan Road, Suite 301 | Bannockburn, IL 60015  | (847) 291-1717
Attorneys for Movant
09-026640

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED
WILL BE USED FOR THAT PURPOSE**